

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL R. CARNEY, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 13-4905 |
| | : | |
| CAROLYN W. COLVIN, | : | |
| ACTING COMMISISONER OF | : | |
| SOCIAL SECURITY, | : | |
| Defendant. | : | |

**FILED MAR 29 2016 MICHAEL E. KUNZ, Clerk By___ Dep Clerk**

## ORDER

AND NOW, this 29th day of March, 2016, upon consideration of the Objections of Paul Carney, (Dkt No. 22), to the Report and Recommendation ("R&R") from the Honorable Marilyn Heffley, United States Magistrate Judge. (Dkt No. 20), and the Acting Commissioner of the Social Security Administration's Response, (Dkt No. 25), and upon *de novo* review, it is hereby ORDERED that:

1. Plaintiff's Objections are OVERRULED;
2. The R&R is APPROVED AND ADOPTED;
3. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

_____
C. Darnell Jones, II   J.

ENTERED
MAR 29 2016
CLERK OF COURT